IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| KENNETH FULTZ, | ) | Case No.: 16-28034 |
| | ) | |
| Debtor. | ) | Hon. Judge Thorne |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

JUDGE:      THORNE
ROOM:       613
DATE:         July 11, 2018
TIME:         10:00 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: June 11, 2018

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Kenneth V. Fultz
12635 S. Lincoln St., Apt. 3
Calumet Park, IL 60827

American Honda Finance
P.O. Box 168088
Irving, TX 75016

Cavalry SPV I LLC
P.O. Box 27288
Tempe, AZ 85282

Education Credit Mgmt Corp
Lockbox 8682
P.O. Box 16478
St. Paul, MN 55116

Illinois Student Assistance Comm.
P.O. Box 235
Deerfield, IL 60015

Jefferson Capital Systems, LLC
P.O. Box 772813
Chicago, IL 60677

Portfolio Recover Associates
P.O. Box 12914
Norfolk, VA 23541

Quantum3 Group
P.O. Box 788
Kirkland, WA 98083

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

U.S. Dept. of Ed.
P.O. Box 105193
Atlanta, GA 30348

8) Debtor requests these modifications to modify the confirmed plan to update the tax refund

language and defer the current default so that he may continue to repay his creditors.

WHEREFORE, the Debtor, KENNETH FULTZ, prays that this Honorable Court enter an

Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor

EXHIBIT A

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return | 2016

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____ , ending _____

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

See separate instructions.

Your first name and initial: **KENNETH V**
Last name: **FULTZ**

Your social security number: [redacted]

If a joint return, spouse's first name and initial: _____
Last name: _____

Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions.
**12635 S LINCOLN**
Apt. no. **3**

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**CALUMET PARK, IL 60827**

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name _____ Foreign province/state/county _____ Foreign postal code _____

| Filing Status | | |
|---|---|---|
| Check only one box. | 1 ☒ Single | 4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
| | 2 ☐ Married filing jointly (even if only one had income) | |
| | 3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ | 5 ☐ Qualifying widow(er) with dependent child |

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a

b ☐ Spouse

Boxes checked on 6a and 6b **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✗ if child under age 17 qualifying for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you **0**
• did not live with you due to divorce or separation (see instructions) **0**

Dependents on 6c not entered above **0**

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 **17,669.** |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 **-1,691.** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions [15a] b Taxable amount | 15b |
| 16a | Pensions and annuities [16a] b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 **1,256.** |
| 20a | Social security benefits [20a] b Taxable amount | 20b |
| 21 | Other income. List type and amount | 21 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 **17,234.** |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction | 32 |
| 33 | Student loan interest deduction | 33 |
| 34 | Tuition and fees. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 | 36 **0.** |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 **17,234.** |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1040** (2016)

Form 1040 (2018)    **KENNETH V FULTZ**      EXHIBIT A        Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 17,234. |
| | 39a | Check if: { You were born before January 2, 1952, ☐ Blind. } Spouse was born before January 2, 1952, ☐ Blind. } Total boxes checked ▶ 39a | 0 | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for-** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 6,300. |
| **● People who check any box on line 39a or 39b or who can be claimed as a dependent, see Instructions.** | 41 | Subtract line 40 from line 38 | 41 | 10,934. |
| | 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions. | 42 | 4,050. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 6,884. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 688. |
| **● All others: Single or Married filing separately, $6,300** | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 | 47 | 688. |
| **Married filing jointly or Qualifying widow(er), $12,600** | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| **Head of household, $9,300** | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 688. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 688. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099    64    2,004. | | |
| **If you have a qualifying child, attach Schedule EIC.** | 65 | 2016 estimated tax payments and amount applied from 2015 return    65 | | |
| | 66a | Earned income credit (EIC) . . . . . . . NO . . . . 66a | | |
| | b | Nontaxable combat pay election . . 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812    67 | | |
| | 68 | American opportunity credit from Form 8863, line 8    68 | | |
| | 69 | Net premium tax credit. Attach Form 8962    69 | | |
| | 70 | Amount paid with request for extension to file    70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld    71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136    72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☒ Reserved c ☐ 8885 d ☐    73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 2,004. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 1,316. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here . . . . ▶ ☐ | 76a | 1,316. |
| Direct deposit? See Instructions. | ▶ b | Routing number | | |
| | ▶ d | Account number ▶ c Type: ☐ Checking ☐ Savings | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ | 77 | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions) . . . . . . . . | 79 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No.<br>Designee's name ▶ Tanya C Foucher, CPA   Phone no. ▶ 773-562-0545   Personal identification number (PIN) ▶ 04991 |
| **Sign Here**<br>Joint return?<br>See instr.<br>Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.<br><br>Your signature ▶    Date    Your occupation    Daytime phone number<br><br>Spouse's signature. If a joint return, both must sign. ▶    Date    Spouse's occupation    (708) 378-6528<br>If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| **Paid Preparer Use Only** | Print/Type preparer's name: Tanya C Foucher, CPA   Preparer's signature: Tanya C Foucher, CPA   Date 02/25/2017   Check ☒ if self-employed   PTIN<br>Firm's name ▶ Tanya C. Foucher, CPA<br>Firm's address ▶ 2853 142nd Pl    Firm's EIN ▶<br>Blue Island, IL 60406    Phone no. |

www.irs.gov/form1040
UYA

Form **1040** (2016)

*EXHIBIT B*

Form **1040**   Department of the Treasury—Internal Revenue Service   (99)   **2017**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

## U.S. Individual Income Tax Return

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, ending _____   See separate instructions.

| Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|
| KENNETH | V | FOLTZ | | |

| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |
|---|---|---|---|---|
| | | | | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
12635 S LINCOLN ST

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Calumet Park IL 60827-

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1. [X] Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ First name _____ Last name _____
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ First name _____ Last name _____ SSN _____
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b   **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you   **0**
• did not live with you due to divorce or separation (see instructions)   **0**
Dependents on 6c not entered above   **0**

d Total number of exemptions claimed . . . . . . . . . . . . .

Add numbers on lines above ▶   **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . | **7** | 27,771 |
| 8a | Taxable interest. Attach Schedule B if required . . . . | **8a** | |
| b | Tax-exempt interest. Do not include on line 8a . . . 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . | **9a** | |
| b | Qualified dividends . . . . . 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . | **10** | |
| 11 | Alimony received . . . . . . . . . . . . . | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . | **14** | |
| 15a | IRA distributions . . . . 15a   103   b Taxable amount . . . . . | **15b** | |
| 16a | Pensions and annuities . . . 16a   b Taxable amount . . . . | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | **17** | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . | **18** | |
| 19 | Unemployment compensation . . . . . . . . . | **19** | 528 |
| 20a | Social security benefits . . . . 20a   b Taxable amount . . . . . | **20b** | |
| 21 | Other income. List type and amount _____ | **21** | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income . . ▶ | **22** | 28,299 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . . 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . 28 | | |
| 29 | Self-employed health insurance deduction . . . . 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . 30 | | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ 31a | | |
| 32 | IRA deduction . . . . . . . . . . 32 | | |
| 33 | Student loan interest deduction . . . . . . . 33 | | |
| 34 | Reserved for future use . . . . . . . . 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | **36** | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income . . . . . . ▶ | **37** | 28,299 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
BCA

Form **1040** (2017)

*EXHIBIT B*

Form 1040 (2017)      KENNETH V FULTZ      Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 28,299 |

39a Check if: ☐ You were born before January 2, 1953, ☐ Spouse was born before January 2, 1953, ☐ Blind. ☐ Blind. } Total boxes checked ► 39a

b If your spouse itemizes on a separate return or you were a dual-status alien, check here... ► 39b ☐

**Standard Deduction for—**
• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

| | | |
|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 6,350 |
| 41 | Subtract line 40 from line 38 | 21,949 |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 4,050 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 17,899 |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 2,215 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 | 2,215 |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credit. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | 56 | 2,215 |

| **Other Taxes** | | |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☐ | 61 | 405 |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax | 63 | 2,620 |

| **Payments** | | | | | |
|---|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099  FORM 1099 | 64 | 3,419 | | |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | | | |
| 66a | Earned income credit (EIC) | 66a | | NO | |
| b | Nontaxable combat pay election | 66b | | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | | |
| 70 | Amount paid with request for extension to file | 70 | | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | | |
| 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments | 74 | 3,419 | | |

If you have a qualifying child, attach Schedule EIC.

| **Refund** | | | |
|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 799 |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here. ► ☒ | 76a | 799 |

Direct deposit? See instructions.
► b Routing number _____ ► c Type: ☐ Checking  ☐ Savings
► d Account number _____

| 77 | Amount of line 75 you want applied to your 2018 estimated tax ► | 77 | |
|---|---|---|---|

| **Amount You Owe** | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ► | 78 | |
| 79 | Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No
Designee's name ► _____  Phone no. ► _____  Personal identification number (PIN) ► _____

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature _____  Date _____  Your occupation SCHOOL BUS DRIVER  Daytime phone number _____

Spouse's signature. If a joint return, both must sign. _____  Date _____  Spouse's occupation _____

If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| VITA PREPARER | VITA PREPARER | | | |

Firm's name ► Center for Economic Progress
Firm's address ► 567 W LAKE ST STE 1150
Chicago IL 60661

Firm's EIN _____
Phone no. _____

Form **1040** (2017)